# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
### The Honorable Michael E. Romero

| | |
|---|---|
| In re: | Case No. 16-20679 MER |
| JAMES RICHARD MAES<br>GINA MARIE MAES | Chapter 7 |
| Debtors | |
| HARRY LONG<br>KAREN LOVELL | Adversary No. 17-1045 MER |
| Plaintiffs | |
| v. | |
| JAMES R. MAES<br>GINA M. MAES | |
| Defendants | |

## NOTICE OF TRIAL SCHEDULING CONFERENCE

PLEASE TAKE NOTICE THAT a trial scheduling conference in the within adversary preceding is hereby scheduled for **Monday, September 25, 2017, at 1:30 p.m. in Courtroom C**, on a trailing docket in the United States Bankruptcy Court for the District of Colorado, U.S. Custom House, 721 19th Street, Denver, Colorado.

On or before **September 18, 2017,** the parties shall **submit a written report** to the Court stating:
 a. Whether they anticipate filing any motions in limine;
 b. Whether they anticipate challenging any experts;
 c. The estimated length of trial.

DATED: September 5, 2017    BY ORDER OF THE COURT:

KENNETH S. GARDNER, CLERK

By: Deborah L. Beatty, Deputy Clerk
 United States Bankruptcy Court
 U.S. Custom House
 721 19th Street
 Denver, Colorado 80202-2508